RECEIVED
IN LAKE CHARLES, LA
JUL 25 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHELLE HILL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JAMES RODNEY HILL, DECEASED | : | DOCKET NO. 2:06 CV 0265 |
| VS. | : | JUDGE MINALDI |
| E.W. BELCHER TRUCKING COMPANY, RICKY L. HALL, AND GREAT WEST CASUALTY INSURANCE COMPANY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling,

IT IS ORDERED that the Motion to Dismiss [doc. 11] filed by the defendants, E.W. Blecher Trucking Company, Ricky L. Hall, and Great West Casualty Insurance Company IS GRANTED IN PART and DENIED IN PART.

The Motion to Dismiss IS DENIED with regard to exemplary damages because those damages have not been requested.

IT IS ORDERED that the plaintiff has thirty (30) days from the date of this Judgment to amend the complaint to allege intoxication if warranted..

The Motion to Dismiss IS GRANTED to the extent that the plaintiff cannot file a claim on behalf of the Estate of James Rodney Hill. Michelle Hill's shall be permitted to seek her individual damages as the surviving spouse of the decedent in either a survival action and/or a wrongful death

action.

Lake Charles, Louisiana, this 19 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE