U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB - 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MICHELLE HILL** | : | **DOCKET NO. 2:06 CV 0265** |
| **VS.** | : | **JUDGE MINALDI** |
| **E.W. BELCHER TRUCKING COMPANY, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

IT IS ORDERED that JUDGMENT shall be entered in this case, consistent with the Jury's verdict of November 14, 2007, [doc. 145], that James Rodney Hill consciously experienced pain prior to his death; that James Rodney Hill did not perceive and understand the impact that ultimately caused his death; that James Rodney Hill was subject to fear, fright, or mental anguish between the moment of impact and the moment of death; and that the amount of damages was $0.

Lake Charles, Louisiana, this __7__ day of __Feb__, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE